# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KENYATTA MICHEL, | Case No. 25-CV-3547 (NEB/ECW) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| JARED RARDIN, FMC Rochester Warden, | |
| Respondent. | |

The Court has received the October 1, 2025 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 5.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 5) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED;

3. The action is DISMISSED WITH PREJUDICE; and

4. Petitioner's application to proceed *in forma pauperis* (ECF No. 3) is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 10, 2025                                BY THE COURT:

                                                        s/Nancy E. Brasel
                                                        Nancy E. Brasel
                                                        United States District Judge